# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth A. Adams,** | ) | **CASE NO. 5:11 CV 904** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Michael J. Astrue,** | ) | <u>**Order**</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Kathleen B. Burke (Doc. 24) recommending that fees be awarded in the amount of $3,556.25. Plaintiff indicates that he will not be filing objections. Accordingly, the Report and Recommendation is ACCEPTED and fees are awarded in the amount of $3,556.25.

IT IS SO ORDERED.

    /s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
Date: 7/31/12                  United States District Judge